```
1  ROBERT F. KANE, ESQ. (State Bar No. 71407)
   LAW OFFICES OF ROBERT F. KANE
2  870 Market Street, Suite 1128
   San Francisco, CA  94102
3  (415) 982-1510; Fax (415) 982-5821
   rkane1089@aol.com
4
   SHIRLEY HOCHHAUSEN (State Bar No. 145619)
5  COMMUNITY LEGAL SERVICES OF EAST PALO ALTO
   2117-B University Avenue
6  East Palo Alto, CA  94303
   (650) 326-6440; Fax (650) 326-9722
7  S.Hochhausen@hotmail.com

8  Attorneys for Plaintiff
   Miguel Cacho Vega and
9  Rafael Cacho Vega
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, NORTHERN DIVISION

| | |
|---|---|
| MIGUEL CACHO VEGA, et al., | CASE NO.: CV 07-6304 TEH |
| Plaintiffs, | |
| vs. | PLAINTIFF'S REQUEST FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANT DOWNEY SAVINGS AND LOAN AND (PROPOSED) ORDER |
| DOWNEY SAVINGS AND LOAN, | |
| Defendants. | |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiffs Miguel Cacho Vega and Rafael Cacho Vega. Hereby request the court to dismiss without prejudice that the above-captioned matter be and hereby is dismissed without defendant Downey Savings and Loan

REQUEST FOR DISMISSAL WITHOUT PREJUDICE AND (PROPOSED) ORDER

1 | only, for this action, each party to bear their own costs and attorney fees.

2

3 | Dated: 3/12/08            LAW OFFICES OF ROBERT F. KANE
                              COMMUNITY LEGAL SERVICES IN EAST PALO ALTO

4

5 |                           By _____
                                 ROBERT F. KANE
6 |                           Attorneys for Plaintiffs
                              Miguel Cacho Vega and Rafael Cacho Vega
7

8

9

10 |     IT IS HEREBY ORDERED that defendant Downey Savings and Loan only is dismissed

11 | without prejudice from this action.

12

13 | Dated:_____            _____
                                         UNITED STATES DISTRICT COURT JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REQUEST FOR DISMISSAL WITHOUT PREJUDICE AND (PROPOSED) ORDER