1  ROBERT F. KANE, ESQ. (State Bar No. 71407)
   LAW OFFICES OF ROBERT F. KANE
2  870 Market Street, Suite 1128
   San Francisco, CA 94102
3  (415) 982-1510; Fax (415) 982-5821
   rkane1089@aol.com
4
   SHIRLEY HOCHHAUSEN (State Bar No. 145619)
5  COMMUNITY LEGAL SERVICES OF EAST PALO ALTO
   2117-B University Avenue
6  East Palo Alto, CA 94303
   (650) 326-6440; Fax (650) 326-9722
7  S.Hochhausen@hotmail.com

8  Attorneys for Plaintiff
   Miguel Cacho Vega and
9  Rafael Cacho Vega

10

11

12

13

14                    UNITED STATES DISTRICT COURT
15      NORTHERN DISTRICT OF CALIFORNIA, NORTHERN DIVISION

16

17  MIGUEL CACHO VEGA, et al.,              CASE NO.:  CV 07-6304 TEH

18         Plaintiffs,
                                            PLAINTIFF'S REQUEST FOR
19  vs.                                     DISMISSAL WITHOUT
                                            PREJUDICE OF DEFENDANT
                                            DOWNEY SAVINGS AND LOAN
20  DOWNEY SAVINGS AND LOAN,                AND (PROPOSED) ORDER

21         Defendants.
22  _____/

23

24         Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiffs Miguel Cacho

25  Vega and Rafael Cacho Vega. Hereby request the court to dismiss without prejudice  that the

26  above-captioned matter be and hereby is dismissed without defendant Downey Savings and Loan

27

28

           REQUEST FOR DISMISSAL WITHOUT PREJUDICE AND (PROPOSED) ORDER

1    only, for this action, each party to bear their own costs and attorney fees.

2

3    Dated: 3/12/08                    LAW OFFICES OF ROBERT F. KANE
                                       COMMUNITY LEGAL SERVICES IN EAST PALO ALTO

4

5                                      By _____
                                           ROBERT F. KANE
6                                      Attorneys for Plaintiffs
                                       Miguel Cacho Vega and Rafael Cacho Vega
7

8

9

            IT IS HEREBY ORDERED that defendant Downey Savings and Loan only is dismissed
10

     without prejudice from this action.
11

12

     Dated:_____        _____
13                                          UNITED STATES DISTRICT COURT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

            REQUEST FOR DISMISSAL WITHOUT PREJUDICE AND (PROPOSED) ORDER