1  ROBERT F. KANE, ESQ. (State Bar No. 71407)
   LAW OFFICES OF ROBERT F. KANE
2  870 Market Street, Suite 1128
   San Francisco, CA 94102
3  (415) 982-1510; Fax (415) 982-5821
   rkane1089@aol.com
4
   SHIRLEY HOCHHAUSEN (State Bar No. 145619)
5  COMMUNITY LEGAL SERVICES OF EAST PALO ALTO
   2117-B University Avenue
6  East Palo Alto, CA 94303
   (650) 326-6440; Fax (650) 326-9722
7  S.Hochhausen@hotmail.com

8  Attorneys for Plaintiff
   Miguel Cacho Vega and
9  Rafael Cacho Vega

10

11

12

13

14                  UNITED STATES DISTRICT COURT
         NORTHERN DISTRICT OF CALIFORNIA, NORTHERN DIVISION
15

16

17  MIGUEL CACHO VEGA, et al.,           CASE NO.: CV 07-6304 TEH

18       Plaintiffs,
                                         PLAINTIFF'S REQUEST FOR
19  vs.                                  DISMISSAL WITHOUT
                                         PREJUDICE OF DEFENDANT
                                         DOWNEY SAVINGS AND LOAN
20  DOWNEY SAVINGS AND LOAN,             AND (PROPOSED) ORDER

21       Defendants.
    _____/
22

23

24      Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiffs Miguel Cacho

25  Vega and Rafael Cacho Vega. Hereby request the court to dismiss without prejudice that the

26  above-captioned matter be and hereby is dismissed without defendant Downey Savings and Loan

27

28

         REQUEST FOR DISMISSAL WITHOUT PREJUDICE AND (PROPOSED) ORDER

1  only, for this action, each party to bear their own costs and attorney fees.

2

3  Dated: 3/12/08          LAW OFFICES OF ROBERT F. KANE
                            COMMUNITY LEGAL SERVICES IN EAST PALO ALTO
4

5                           By _____
                               ROBERT F. KANE
6                           Attorneys for Plaintiffs
7                           Miguel Cacho Vega and Rafael Cacho Vega

8

9        IT IS HEREBY ORDERED that defendant Downey Savings and Loan only is dismissed

10 without prejudice from this action.

11

12 Dated:      03/14/08
13                                              UNITED STATES DISTRICT COURT JUDGE

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Thelton E. Henderson]

REQUEST FOR DISMISSAL WITHOUT PREJUDICE AND (PROPOSED) ORDER