UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

### *CIVIL MINUTES*

**Judge:  Thelton E. Henderson**

**Date**:  March 24, 2008

**Case No:** C 07-06304 TEH

**Case Title**:  RAFAEL CACHO VEGA, et al. v. DOWNEY SAVINGS AND LOAN, et al.

**Appearances:**

>    For Plaintiff(s): Robert Kane, Shirley Hochhausen

>    For Defendant(s): no appearance

**Deputy Clerk**:  Rowena B. Espinosa            **Court Reporter**: not reported

### *PROCEEDINGS*

1.  Initial Case Management Conference - held

MOTION/MATTER: ( ) Granted
                          ( ) Denied
                          ( ) Granted in part/Denied in part
                          ( ) Taken under submission
                          ( ) Withdrawn/Off Calendar
                          (X) Continued to: **Monday, 05/19/08 at 1:30 PM for Further CMC**

### *SUMMARY*

- Plaintiffs to serve remaining defendants and inform them of the next CMC date with proof to the Court.
- Parties shall file a joint CMC statement 7 days prior to the next hearing.