| | |
|---|---|
| 1 | ROBERT F. KANE, ESQ. (State Bar No. 71407)<br>LAW OFFICES OF ROBERT F. KANE |
| 2 | 870 Market Street, Suite 1128<br>San Francisco, CA 94102 |
| 3 | (415) 982-1510; Fax (415) 982-5821<br>rkane1089@aol.com |
| 4 | |
| 5 | SHIRLEY HOCHHAUSEN (State Bar No. 145619)<br>COMMUNITY LEGAL SERVICES OF EAST PALO ALTO |
| 6 | 2117-B University Avenue<br>East Palo Alto, CA 94303 |
| 7 | (650) 326-6440; Fax (650) 326-9722<br>S.Hochhausen@hotmail.com |
| 8 | Attorneys for Plaintiff<br>Miguel Cacho Vega and |
| 9 | Rafael Cacho Vega |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, NORTHERN DIVISION

| | | |
|---|---|---|
| MIGUEL CACHO VEGA, et al., | | CASE NO.: CV 07-6304 TEH |
| Plaintiffs, | | |
| | | NOTICE OF CONTINUED<br>CASE MANAGEMENT CONFERENCE |
| vs. | | |
| DOWNEY SAVINGS AND LOAN, | | |
| Defendants. | | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that on March 24, 2008, pursuant to order of the Court, the Case Management Conference in this matter has been continued to May 19, 2008 at 1:30 p.m. in Courtroom 12, 19th Floor, of the above entitled Court located at the U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, California 94102, before the Honorable Thelton E. Henderson,

NOTICE OF CONTINUE CASE MANAGEMENT CONFERENCE

21 | United States District Court Judge. The parties shall file a Joint Case Management Conference
2 | statement with the Court at least seven calendar days before the Case Management Conference.
3
4 | Dated: March 24, 2008         LAW OFFICES OF ROBERT F. KANE
  |                               COMMUNITY LEGAL SERVICES IN EAST PALO ALTO
5
6 |                               By /s/ Robert F. Kane
  |                                  ROBERT F. KANE
7 |                                  Attorneys for Plaintiffs
  |                                  Miguel Cacho Vega and Rafael Cacho Vega

NOTICE OF CONTINUED CASE MANAGEMENT CONFERENCE