1  ROBERT F. KANE, ESQ. (State Bar No. 71407)
   LAW OFFICES OF ROBERT F. KANE
2  870 Market Street, Suite 1128
   San Francisco, CA 94102
3  (415) 982-1510; Fax (415) 982-5821
   rkane1089@aol.com
4
   SHIRLEY HOCHHAUSEN (State Bar No. 145619)
5  COMMUNITY LEGAL SERVICES OF EAST PALO ALTO
   2117-B University Avenue
6  East Palo Alto, CA 94303
   (650) 326-6440; Fax (650) 326-9722
7  S.Hochhausen@hotmail.com

8  Attorneys for Plaintiff
   Miguel Cacho Vega and
9  Rafael Cacho Vega

10

11

12

13

14                    UNITED STATES DISTRICT COURT
           NORTHERN DISTRICT OF CALIFORNIA, NORTHERN DIVISION
15

16

17  MIGUEL CACHO VEGA, et al.,              CASE NO.:  CV 07-6304 TEH

18        Plaintiffs,
                                            PLAINTIFF'S REQUEST FOR
19  vs.                                     DISMISSAL WITHOUT
                                            PREJUDICE OF DEFENDANT
                                            FORECLOSURE CONSULTANTS, INC.
20  FORECLOSURE CONSULTANTS, INC,           AND (PROPOSED) ORDER

21        Defendants.
                                        /
22

23

24        Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiffs Miguel Cacho

25  Vega and Rafael Cacho Vega, hereby request the court to dismiss without prejudice  that the

26  above-captioned matter be and hereby is dismissed without prejudice as to defendant Forclosure

27

28

          REQUEST FOR DISMISSAL WITHOUT PREJUDICE AND (PROPOSED) ORDER

21 | Consultants, Inc. only, for this action, each party to bear their own costs and attorney fees.

2

3 | Dated:                          LAW OFFICES OF ROBERT F. KANE
                                    COMMUNITY LEGAL SERVICES IN EAST PALO ALTO

4

5 |                                By /lat F K/
                                    ROBERT F. KANE

6 |                                 Attorney for Plaintiffs

7 |                                 Miguel Cacho Vega and Rafael Cacho Vega

8

9 |        IT IS HEREBY ORDERED that defendant Foreclosure Consultants, Inc. only is

10

     dismissed without prejudice from this action.

11

12 | Dated:_____           _____

13 |                                          UNITED STATES DISTRICT COURT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REQUEST FOR DISMISSAL WITHOUT PREJUDICE AND (PROPOSED) ORDER