UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## CIVIL MINUTES

**Judge: Thelton E. Henderson**

**Date**: May 19, 2008

**Case No:** C 07-06304 TEH

**Case Title**: RAFAEL CACHO VEGA, et al. v. DOWNEY SAVINGS AND LOAN, et al.

**Appearances:**

    For Plaintiff(s): Robert Kane, Shirley Hochhausen

    For Defendant(s): Leo Siegel (for dft Curiel)

**Deputy Clerk**: Rowena B. Espinosa      **Court Reporter**: not reported

## PROCEEDINGS

1. Case Management Conference - held

MOTION/MATTER: ( ) Granted
                  ( ) Denied
                  ( ) Granted in part/Denied in part
                  ( ) Taken under submission
                  ( ) Withdrawn/Off Calendar
                  (X) Continued to: **Monday, 08/25/08 at 1:30 PM for Further CMC**

## SUMMARY

- Parties shall file a joint CMC statement 7 days prior to the next hearing.