ROBERT F. KANE, ESQ. (State Bar No. 71407)
LAW OFFICES OF ROBERT F. KANE
870 Market Street, Suite 1128
San Francisco, CA 94102
(415) 982-1510; Fax (415) 982-5821
rkane1089@aol.com

SHIRLEY HOCHHAUSEN (State Bar No. 145619)
COMMUNITY LEGAL SERVICES OF EAST PALO ALTO
2117-B University Avenue
East Palo Alto, CA 94303
(650) 326-6440; Fax (650) 326-9722
S.Hochhausen@hotmail.com

Attorneys for Plaintiffs
Miguel Cacho Vega and
Rafael Cacho Vega

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, NORTHERN DIVISION

MIGUEL CACHO VEGA, et al.,

    Plaintiffs,

vs.

DOWNEY SAVINGS AND LOAN,

    Defendants.

CASE NO.: CV 07-6304 TEH

NOTICE OF CONTINUED
CASE MANAGEMENT CONFERENCE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    Please take notice that on May 19, 2008, pursuant to order of the Court, the Case Management Conference in this matter has been continued to August 25, 2008 at 1:30 p.m. in Courtroom 12, 19th Floor, of the above entitled Court located at the U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, California 94102, before the Honorable Thelton E. Henderson,

NOTICE OF CONTINUE CASE MANAGEMENT CONFERENCE

United States District Court Judge. The parties shall file a Joint Case Management Conference statement with the Court at least seven calendar days before the Case Management Conference.

Dated: May 19, 2008

LAW OFFICES OF ROBERT F. KANE
COMMUNITY LEGAL SERVICES IN EAST PALO ALTO

By _____
ROBERT F. KANE
Attorneys for Plaintiffs
Miguel Cacho Vega and Rafael Cacho Vega