1  Michael E. Stone, Esq. SBN: 46016
   Leo B. Siegel, Esq., SBN: 116841
2  LAW OFFICE OF MICHAEL E. STONE
   3425 S. Bascom Avenue, Suite I
3  Campbell, CA 95008
   Tel: (408) 377-9899 / Fax: (408) 377-5270
4
   Attorney for Defendant/
5  PABLO CURIEL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL CACHO VEGA and MIGUEL CACHO VEGA | Case No. CV 07-6304 TEH |
| Plaintiff(s); | REQUEST FOR TELEPHONIC APPEARANCE |
| vs. | |
| DOWNEY SAVINGS AND LOAN, ABSOLUTE INVESTMENT GROUP dba PALACIO MORTGAGE, LINDA TRAN, FORECLOSURE CONSULTANTS, INC., PABLO CURIEL, and DOES 1-100, inclusive, | Date: August 25, 2008<br>Time: 1:30 p.m.<br>Courtroom: 12<br>Judge: Hon. Thelton E. Henderson |
| Defendants. / | |

Defendant Pablo Curiel's attorney, Michael E. Stone, respectfully requests a telephonic appearance at the Case Management Conference hearing in the above-entitled case that is currently on the Court's calendar for August 25, 2008, at 1:30 p.m., in Department 12.

Dated: August 18, 2008                    LAW OFFICE OF MICHAEL E. STONE


                                          /s/ Michael E. Stone
                                          MICHAEL E. STONE, Attorney for
                                          Def. Pablo Curiel

---

1

REQUEST FOR TELEPHONIC APPEARANCE