Michael E. Stone, Esq. SBN: 46016
Leo B. Siegel, Esq., SBN: 116841
LAW OFFICE OF MICHAEL E. STONE
3425 S. Bascom Avenue, Suite I
Campbell, CA 95008
Tel: (408) 377-9899 / Fax: (408) 377-5270

Attorney for Defendant/
PABLO CURIEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL CACHO VEGA and MIGUEL CACHO VEGA | Case No.CV 07-6304 TEH |
| Plaintiff(s); | PROPOSED ORDER GRANTING TELEPHONIC APPEARANCE |
| vs. | Date: August 25, 2008<br>Time: 1:30 p.m. |
| DOWNEY SAVINGS AND LOAN, ABSOLUTE INVESTMENT GROUP dba PALACIO MORTGAGE, LINDA TRAN, FORECLOSURE CONSULTANTS, INC., PABLO CURIEL, and DOES 1-100, inclusive, | Courtroom:  12<br>Judge: Hon. Thelton E. Henderson |
| Defendants. / | |

Upon the request of Defendant's Attorney, and for good cause shown, Attorney Michael E. Stone will be allowed to appearance by telephone at the Case Management Conference scheduled for August 25, 2008 at 1:30 p.m..

Dated: August _____, 2008

_____
_____    HONORABLE THELTON E. HENDERSON
                                      UNITED STATES DISTRICT JUDGE

1

ORDER GRANTING TELEPHONIC APPEARANCE