Michael E. Stone, Esq. SBN: 46016
Leo B. Siegel, Esq., SBN: 116841
LAW OFFICE OF MICHAEL E. STONE
3425 S. Bascom Avenue, Suite I
Campbell, CA 95008
Tel: (408) 377-9899 / Fax: (408) 377-5270

Attorney for Defendant
PABLO CURIEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL CACHO VEGA and MIGUEL CACHO VEGA<br><br>Plaintiff(s);<br><br>vs.<br><br>DOWNEY SAVINGS AND LOAN, ABSOLUTE INVESTMENT GROUP dba PALACIO MORTGAGE, LINDA TRAN, FORECLOSURE CONSULTANTS, INC., PABLO CURIEL, and DOES 1-100, inclusive,<br><br>Defendants.<br>_____/ | Case No.CV 07-6304 TEH<br><br><br><br>Date: August 25, 2008<br>Time: 1:30 p.m.<br>Courtroom: 12<br>Judge: Hon. Thelton E. Henderson |

CERTIFICATE OF SERVICE

I, the undersigned, declare that I am employed in the County of Santa Clara. I am over 18 years and not a party to the within entitled action. My business address is 3425 South Bascom Avenue, Suite I, Campbell, California 95008. On August 18, 2008, I served the within:

REQUEST FOR TELEPHONIC APPEARANCE
PROPOSED ORDER

    Said pleading was served by electronic filing pursuant to local rule on the following:

Rkane1089@aol.com

                                       /s/ Tracy Duarte
                                       TRACY DUARTE