1 | Michael E. Stone, Esq. SBN: 46016
Leo B. Siegel, Esq., SBN: 116841
2 | LAW OFFICE OF MICHAEL E. STONE
3425 S. Bascom Avenue, Suite I
3 | Campbell, CA 95008
Tel: (408) 377-9899 / Fax: (408) 377-5270
4
Attorney for Defendant/Cross-claimant
5 | PABLO CURIEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAFAEL CACHO VEGA and            Case No.CV 07-6304 TEH
MIGUEL CACHO VEGA
                                 CERTIFICATE OF SERVICE
        Plaintiff(s);

  vs.

DOWNEY SAVINGS AND LOAN,
ABSOLUTE INVESTMENT GROUP dba
PALACIO MORTGAGE, LINDA TRAN,
FORECLOSURE CONSULTANTS, INC.,
PABLO CURIEL, and DOES 1-100, inclusive,

        Defendants.
_____/

PABLO CURIEL,

        Cross-claimant,

vs.

LINDA TRAN; ABSOLUTE INVESTMENT
GROUP, INC. dba PALACIO MORTGAGE,
and ROES 100 through 150, inclusive

        Cross-defendants
_____/

        I, the undersigned, declare that I am employed in the County of Santa Clara.  I am over 18 years and not a party to the within entitled action.  My business address is 3425 South Bascom

1 | Avenue, Suite I, Campbell, California 95008.  On August 19, 2008, I served the within:

2 | **ANSWER TO COMPLAINT**

3 | **CROSS-CLAIM OF PABLO CURIEL FOR EQUITABLE AND IMPLIED INDEMNITY, CONTRIBUTION, DAMAGES AND DECLARATORY RELIEF**

5 |     Said pleading was served by electronic filing pursuant to local rule on the following:

shawn@parrlawgroup.com
RKane1089@aol.com
S_Hochhausen@hotmail.com

/s/ Tracy Duarte
TRACY DUARTE