1  Michael E. Stone, Esq. SBN: 46016
   Leo B. Siegel, Esq., SBN: 116841
2  LAW OFFICE OF MICHAEL E. STONE
   3425 S. Bascom Avenue, Suite I
3  Campbell, CA 95008
   Tel: (408) 377-9899 / Fax: (408) 377-5270
4
   Attorney for Defendant/
5  PABLO CURIEL

6

7

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11

12
   RAFAEL CACHO VEGA and                    Case No.CV 07-6304 TEH
13 MIGUEL CACHO VEGA
                                            ~~PROPOSED~~ ORDER GRANTING
14         Plaintiff(s);                    TELEPHONIC APPEARANCE

15   vs.
                                            Date: August 25, 2008
16 DOWNEY SAVINGS AND LOAN,                 Time: 1:30 p.m.
   ABSOLUTE INVESTMENT GROUP dba            Courtroom: 12
17 PALACIO MORTGAGE, LINDA TRAN,            Judge: Hon. Thelton E. Henderson
   FORECLOSURE CONSULTANTS, INC.,
18 PABLO CURIEL, and DOES 1-100, inclusive,

19
           Defendants.
20                                        /

21
       Upon the request of Defendant's Attorney, and for good cause shown, Attorney Michael E.
22
   Stone will be allowed to appearance by telephone at the Case Management Conference scheduled for
23
   August 25, 2008 at 1:30 p.m.  Said telephonic appearance shall be made promptly at 1:30 PM.
24

25
   Dated: August __19__, 2008
26

27
   _____       _____
28                                              HONORABLE THELTON E. HENDERSON
                                                UNITED STATES DISTRICT JUDGE

                                            1
                       ORDER GRANTING TELEPHONIC APPEARANCE