1  ROBERT KANE (CSB No. 71407)
2  LAW OFFICES OF ROBERT KANE
   870 Market Street
3  San Francisco California. 94102
   Tel: (415) 982-1510; Fax: (415) 982-5821
4  Rkane1089@aol.com

5  SHIRLEY HOCHHAUSEN (CSB No. 145619)
   COMMUNITY LEGAL SERVICES IN
6  EAST PALO ALTO
   2117-B University Avenue
7  East Palo Alto, CA 94303
   Tel:  (650) 326-6440; Fax:(650) 326-9722
8  S_Hochhausen@hotmail.com

9  Attorneys for Plaintiffs
   RAFAEL CACHO VEGA and
10 MIGUEL CACHO VEGA

11              UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA

13 RAFAEL CACHO VEGA and MIGUEL CACHO VEGA   Case No.

14         Plaintiffs,                       **SUPPLEMENTAL**
15                                           **JOINT CASE MANAGEMENT**
                                             **CONFERENCE STATEMENT**
16 vs.

17 DOWNEY SAVINGS AND LOAN, ABSOLUTE
   INVESTMENT GROUP dba  PALACIO MORTGAGE,   Date:  August 25, 2008
18 LINDA TRAN, FORECLOSURE CONSULTANTS,      Time:  1:30 p.m.
   INC., PABLO CURIEL, and DOES 1 - 100, inclusive,   Courtroom:  12
19                                           Judge:  Thelton E. Henderson

20         Defendants.

21

22                    **INTRODUCTION**

23      Plaintiffs Rafael Cacho Vega ("Rafael") and Miguel Cacho Vega ("Miguel" or

24 collectively "Plaintiffs") and Defendants Absolute Investment Group dba Palacic Mortgage

25 ("Absolute"), Linda Tran ("Tran"), and Pablo Curiel ("Curiel") hereby jointly present their case

26 management statement. Defendants Downey Savings and Loan and Foreclosure Consultants, Inc.

27 have been dismissed from this action without prejudice.

28

                              1
                 CASE MANAGEMENT CONFERENCE STATEMENT

1. **Status of the Pleadings and Parties**

Defendants Absolute Investment Group dba Palacio Mortgage and Linda Tran filed their answer on June 3, 2008. Defendant Curiel is in the process of filing his Answer.

2. **Initial Disclosures**

Plaintiffs and Defendants intend to file their initial disclosures on or before September 30, 2008.

3. **Amendment of Pleadings**

Plaintiffs believe they will need to amend their complaint to add additional defendants and causes of action. Plaintiffs have identified Paul Curiel as an additional defendant, who, without the knowledge or consent of the plaintiffs, issued and received remuneration for an insurance policy covering the subject premises. The parties will stipulate that Plaintiffs may amend the complaint and that the answer of the existing defendants shall be deemed to be answering the amended complaint.

4. **Alternative Dispute Resolution**

Plaintiffs are agreeable to mediation before a magistrate judge or private mediation before a retired judge. Defendants proposed Judge Martin because he is familiar with the issues, parties, and similar loans due to a parallel case he has mediated (with 8 plaintiffs).Plaintiffs reject defendant's suggestion that mediation be conducted before Hon. William Martin (Ret.) on the grounds that the case before Judge Martin is materially different in that the nature of the wrong committed involves different and additional parties and is venued in San Jose.

CASE MANAGEMENT CONFERENCE STATEMENT

1

### 5.    Discovery and Trial Proceedings

2

3          Plaintiffs will propound written discovery and deposition of four to seven

4    individuals.  Plaintiffs have requested a jury trial and believe this case will take seven full days.

5

6          Defendants will depose Plaintiffs as well as propound written discovery, and

7    concur that this is a seven day trial.

8

### 6. Scheduling

9

10          Plaintiffs believe that a further case management conference should be scheduled

11    after the Plaintiffs have amended the complaint.  Defendant Curiel intends to bring a motion to

12    dismiss based on the Yamamoto case ( a T.I.L.A. plaintiff seeking rescission must demonstrate

13    ability to return the lender's funds).  Defendants believe that any trial setting should be scheduled

14    after such motion is heard and decided.

15

16    DATED: August 25, 2008                    Respectfully submitted,

17
                                               **LAW OFFICES OF ROBERT KANE**
18                                             COMMUNITY LEGAL SERVICES IN
                                               EAST PALO ALTO
19
                                               BY:_____
20                                               ROBERT F. KANE
                                                 Attorneys for Plaintiffs Rafael Cacho Vega
21                                               and Miguel Cacho Vega

22                                             PARR LAW GROUP

23                                             BY:_____

24                                               Attorneys for Defendants Absolute Investment
                                                 Group dba Palacio Mortgage and Linda Tran
25

26                                             LAW OFFICES OF MICHAEL STONE

27                                             BY:_____
                                                 Attorneys for  Defendant Pablo Curriel
28

3

CASE MANAGEMENT CONFERENCE STATEMENT

1      5.    Discovery and Trial Proceedings

2

3           Plaintiffs will propound written discovery and deposition of four to seven

4    individuals  Plaintiffs have requested a jury trial and believe this case will take seven full days.

5

6           Defendants will depose Plaintiffs as well as propound written discovery, and

7    concur that this is a seven day trial.

8           6. Scheduling

9

10          Plaintiffs believe that a further case management conference should be scheduled

11   after the Plaintiffs have amended the complaint. Defendant Curiel intends to bring a motion to

12   dismiss based on the Yamamoto case ( a T.I.L.A. plaintiff seeking rescission must demonstrate

13   ability to return the lender's funds). Defendants believe that any trial setting should be scheduled

14   after such motion is heard and decided.
15

16   DATED:  August 25, 2008                  Respectfully submitted,

17                                            LAW OFFICES OF ROBERT KANE
18                                            COMMUNITY LEGAL SERVICES IN
                                              EAST PALO ALTO
19                                            BY:_____
20                                               ROBERT F. KANE
                                                 Attorneys for Plaintiffs Rafael Cacho Vega
21                                               and Miguel Cacho Vega

22                                            PARR LAW GROUP

23                                            BY:_____

24                                               Attorneys for Defendants Absolute Investment
                                                 Group dba Palacio Mortgage and Linda Tran
25

26                                            LAW OFFICES OF MICHAEL STONE

27                                            BY:_____
                                                 Attorneys for Defendant Pablo Curiel
28

                                       3
                      CASE MANAGEMENT CONFERENCE STATEMENT