UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## CIVIL MINUTES

**Judge:** Thelton E. Henderson

**Date**: August 25, 2008

**Case No:** C 07-06304 TEH

**Case Title**: RAFAEL VEGA, et al. v. DOWNEY SAVINGS AND LOAN, et al.

**Appearances:**

    For Plaintiff(s): Shirley Hochhause, Robert Kane

    For Defendant(s): Michael Stone (via phone)

**Deputy Clerk**: Rowena B. Espinosa    **Court Reporter**:

## PROCEEDINGS

1. Case Management Conference - held

MOTION/MATTER:  ( ) Granted
                       ( ) Denied
                       ( ) Granted in part/Denied in part
                       ( ) Taken under submission
                       ( ) Withdrawn/Off Calendar
                       (X) Continued to: **Monday, 12/01/08 at 1:30 PM for Further CMC**

## SUMMARY

- Shawn Parr, counsel for dft Absolute Investment appeared at the end of the calendar. The OSC is vacated.
- Plaintiffs to file an amended complaint.
- Parties shall file a joint CMC statement 7 days prior to the next hearing.