Michael E. Stone, Esq. SBN: 46016
Leo B. Siegel, Esq., SBN: 116841
LAW OFFICE OF MICHAEL E. STONE
3425 S. Bascom Avenue, Suite I
Campbell, CA 95008
Tel: (408) 377-9899 / Fax: (408) 377-5270

Attorney for Defendant/
PABLO CURIEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL CACHO VEGA and MIGUEL CACHO VEGA<br><br>Plaintiff(s);<br><br>vs.<br><br>DOWNEY SAVINGS AND LOAN, ABSOLUTE INVESTMENT GROUP dba PALACIO MORTGAGE, LINDA TRAN, FORECLOSURE CONSULTANTS, INC., PABLO CURIEL, and DOES 1-100, inclusive,<br><br>Defendants. | Case No.CV 07-6304 TEH<br><br>~~PROPOSED~~ ORDER GRANTING TELEPHONIC APPEARANCE<br><br>Date: Dec. 1, 2008<br>Time: 1:30 p.m.<br>Courtroom: 12<br>Judge: Hon. Thelton E. Henderson |

Upon the request of Defendants' Attorneys Michael E. Stone and Shawn Parr, and for good cause shown, Attorneys Michael E. Stone and Shawn Parr will be allowed to appearance by telephone at the Case Management Conference scheduled for December 1, 2008 at 1:30 p.m..

Dated: November 25, 2008

_____
HONORABLE
UNITED ST...

*[Signature: Thelton E. Henderson]*
*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — Judge Thelton E. Henderson]*

1
ORDER GRANTING TELEPHONIC APPEARANCE