IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL CACHO VEGA, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>DOWNEY SAVINGS AND LOAN, et al.,<br><br>　　　　　Defendants. | NO. C 07-6304 TEH<br><br>**ORDER CONTINUING HEARING** |

On the recommendation of Judge Edward Chen and upon request from Plaintiff Linda Tran, the hearing on Plaintiff Tran's Motion for Stay of Proceedings, currently scheduled for Monday, May 4, is hereby CONTINUED to Monday, June 1.

**IT IS SO ORDERED.**

Dated: May 1, 2009

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT