IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAFAEL CACHO VEGA and
MIGUEL CACHO VEGA,

               Plaintiffs,

v.

DOWNEY SAVINGS AND LOAN, et al.,

               Defendants.

NO. C07-6304 TEH

ORDER CONTINUING MOTION HEARING AND CASE MANAGEMENT CONFERENCE

The Court is in receipt of Defendant Linda Tran's notice of bankruptcy. Although Ms. Tran has not presented any argument that this case falls under the automatic stay provisions of the Bankruptcy Code, the Court nonetheless finds good cause to continue the motion hearing and case management conference currently scheduled for June 1, 2009, until **July 6, 2009, at 10:00 AM.** The parties shall meet and confer and file a joint case management conference statement or before **June 30, 2009.** The parties' joint statement shall include a discussion on whether they agree that this action should be stayed as a result of Ms. Tran's notice of bankruptcy and, if not, how they propose this Court should resolve their dispute on this issue.

**IT IS SO ORDERED.**

Dated: 05/29/09

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT