IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAFAEL CACHO VEGA and
MIGUEL CACHO VEGA,

           Plaintiffs,

    v.

DOWNEY SAVINGS AND LOAN,
et al.,

           Defendants.

NO. C07-6304 TEH

ORDER GRANTING MOTION
TO WITHDRAW BY COUNSEL
FOR DEFENDANT ABSOLUTE
INVESTMENT GROUP

    This matter comes before the Court on the motion by Shawn R. Parr and the Parr Law Group to withdraw as attorneys of record for Defendant Absolute Investment Group dba Palacio Mortgage ("Absolute Investment Group"). On August 17, 2009, this Court issued an order stating that the motion would be granted with conditions if no further responses were received by August 24, 2009. That deadline has now passed, and no responses have been received. Accordingly, with good cause appearing, IT IS HEREBY ORDERED that:

    1. The September 14, 2009 motion hearing and case management conference are VACATED.

    2. The motion by Shawn R. Parr and the Parr Law Group to withdraw as counsel of record for Absolute Investment Group is GRANTED.

    3. Pursuant to Civil Local Rule 11-5(b), papers may continue to be served on Mr. Parr for forwarding purposes to Absolute Investment Group unless and until it obtains substitute counsel.

    4. Absolute Investment Group shall have until **October 30, 2009**, to locate substitute counsel.

        a. If counsel files an appearance by that date, then this Court will issue an order setting a further case management conference.

b. If no counsel has filed an appearance on behalf of Absolute Investment Group by that date, then the answer previously filed on behalf of Absolute Investment Group shall be stricken and default judgment against Absolute Investment Group shall be entered. The Court will then terminate this case administratively, as the case has been settled as to Defendant Pablo Curiel, with payment to occur over the following sixteen months, and the case is stayed as to Defendant Linda Tran pending her bankruptcy proceedings. An administrative termination would not be considered a dismissal or disposition of this action and, should further proceedings in this litigation become necessary or desirable, any party would be able to initiate it in the same manner as if the termination had not been entered.

5. Mr. Parr shall serve a copy of this order on Absolute Investment Group by serving its sole representative, Ms. Tran. He shall file proof of such service on or before **August 31, 2009.**

**IT IS SO ORDERED.**

Dated:  08/26/09

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT