IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL CACHO VEGA and MIGUEL CACHO VEGA, <br><br> Plaintiffs, <br><br> v. <br><br> DOWNEY SAVINGS AND LOAN, et al., <br><br> Defendants. | NO. C07-6304 TEH <br><br> ORDER ENTERING DEFAULT AGAINST DEFENDANT ABSOLUTE INVESTMENT GROUP |

On August 26, 2009, this Court granted a motion by Shawn R. Parr and the Parr Law Group to withdraw as attorneys of record for Defendant Absolute Investment Group dba Palacio Mortgage ("Absolute Investment Group"). The Court gave Absolute Investment Group until October 30, 2009, to locate substitute counsel and advised that, if no counsel appeared by that date, then the Court would strike the answer previously filed on behalf of Absolute Investment Group and enter default judgment.

To date, no counsel has appeared on behalf of Absolute Investment Group. Accordingly, Plaintiffs' November 4, 2009 request to strike the answer of Absolute Investment Group is GRANTED, and default is HEREBY ENTERED against Absolute Investment Group. IT IS FURTHER ORDERED that Plaintiffs shall file a regularly noticed motion for default judgment on or before **December 7, 2009.**

**IT IS SO ORDERED.**

Dated: 11/12/09

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT