ROBERT KANE (CSB No. 71407)
LAW OFFICES OF ROBERT KANE
870 Market Street
San Francisco California. 94102
Tel: (415) 982-1510; Fax: (415) 982-5821
Rkane1089@aol.com

SHIRLEY HOCHHAUSEN (CSB No. 145619)
COMMUNITY LEGAL SERVICES IN
EAST PALO ALTO
2117-B University Avenue
East Palo Alto, CA 94303
Tel: (650) 326-6440; Fax:(650) 326-9722
S_Hochhausen@hotmail.com

Attorneys for Plaintiffs
RAFAEL CACHO VEGA and
MIGUEL CACHO VEGA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL CACHO VEGA & MIGUEL CACHO VEGA,<br><br>Plaintiffs,<br><br>vs.<br><br>DOWNEY SAVINGS AND LOAN, ABSOLUTE INVESTMENT GROUP dba PALACIO MORTGAGE, LINDA TRAN, FORECLOSURE CONSULTANTS, INC., PABLO CURIEL, and DOES 1 - 100, inclusive,<br>Defendants. | Case No. 07-6304<br><br>**REQUEST FOR EXTENSION OF TIME TO RESPOND TO COURT AND CONTINUATION OF HEARING ON MOTION FOR DEFAULT JUDGMENT AND ~~PROPOSED~~ ORDER** |

Plaintiffs Rafael Cacho Vega and Miguel Cacho Vega ("Plaintiffs") hereby request that the deadline to respond in writing to the concerns set forth by the Court in the Order filed December 23, 2009 be extended from January 6, 2010 to January 20, 2010 due to the Holidays and Counsel unavailability due to illness. Plaintiffs also request that the Hearing on Motion for

1

REQUEST FOR EXTENSION OF DEADLINE AND HEARING AND PROPOSED ORDER

Default Judgment be continued from January 11, 2010 to February 1, 2010.

Dated: January 4, 2010

LAW OFFICES OF ROBERT F. KANE
Attorneys for Plaintiffs
RAFAEL CACHO VEGA & MIGUEL CACHO VEGA

BY /s/ Robert F. Kane
ROBERT F. KANE

ORDER

The deadline to respond in writing to the Court's concerns is hereby extended to January 20, 2010 and the Hearing on the Motion for Default Judgment is continued until February 1, 2010.

IT IS SO ORDERED.

Dated: January 5, 2010

_____
THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

Judge Thelton E. Henderson

2